UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 15-6083-MWF(PLAx)**                                      Dated: **October 8, 2015**

Title:      Isabelle Azoulai -v- Michele La Porta

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | None Present |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:         ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                              None Present

PROCEEDINGS (IN CHAMBERS):    ORDER TO SHOW CAUSE RE DEFAULT JUDGMENT

    In light of the Default By Clerk entered on September 22, 2015, the Court sets a hearing for Order To Show Cause Re Default Judgment for November 9,2 015 at 11:30 a.m. If a Motion for Default Judgment is filed prior to this hearing, the hearing on the Order To Show Cause will be discharged, and no appearance will be necessary.

    IT IS SO ORDERED.

MINUTES FORM 90                                                Initials of Deputy Clerk  rs
CIVIL - GEN

-1-